IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRIAN STACY,

      Plaintiffs,

  v.

STATE OF CALIFORNIA,

      Defendant.
_____/

No. C 13-2088 RS

**ORDER OF DISMISSAL**

    Plaintiff Brian Stacy, proceeding pro se, filed a complaint averring that he is "seeking protection from the 'state terrorism' he is living under," including "illegal surveillance" from "stalkers" on May 7, 2013. Dkt. 1. Plaintiff filed an application to proceed in forma pauperis (IFP) with his complaint. Dkt. No. 2. The IFP Application was granted.

    The complaint was dismissed without prejudice in accordance with the Court's continuing duty to dismiss any case in which a party seeks leave to proceed *in forma pauperis* if it determines that the action (1) is frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2); *see* Dkt. No. 11. On May 9, 2013, the order dismissing the complaint informed Stacy that failure to file an amended complaint within thirty days would result in his case being dismissed without further notice. No such complaint having been filed, it hereby is.

No. C 13-2088 RS
ORDER

1     IT IS SO ORDERED.

2 Dated: 9/17/13

                                RICHARD SEEBORG
                                UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California